

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Jerome M. Maiatico*
*Assistant U.S. Attorney*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 15, 2026

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    **Re:**    *United States v. Jalen Smith, et al.*
               **Criminal No. 26-23**

Dear Clerk's Office:

    Please unimpound the indictment in the above-captioned case this morning by 9:00am. The indictment was filed under seal on January 14, 2026.

                              Very truly yours,

                              DAVID METCALF
                              United States Attorney

                              *[signature]*
                              JEROME M. MAIATICO
                              LOUIS D. LAPPEN
                              Assistant United States Attorneys