OPS 40
(Rev. 7/2013)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | **FROM:** | U.S. Pretrial Services, PAE<br>Wm. Green Federal Office Bldg.<br>600 Arch St., Suite 4408<br>Philadelphia, PA 19106 |

☒ **Original Notice**  ☐ **Notice of Disposition**

**Date:** January 22, 2026  **Date:**

**By:** Tamika L. Baxley  **By:**

**Defendant:** Airion Simmons  **Case Number:** 2:26CR00023

**Date of Birth:** ▮  **Place of Birth:** Little Rock, AR USA

**SSN:** ▮

**Notice of Court Order**  (Order Date: January 22, 2026)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____
to the custody of the U.S. District Court on _____ .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted. B Document returned to defendant.

☐ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted. B Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court